916

No. 98–5712.  JOHNSON v. HENDERSON, POSTMASTER GEN-
ERAL.  C. A. 8th Cir.  Certiorari denied.

No. 98–5714.  CALHOUN v. WISCONSIN.  Ct. App. Wis.  Certio-
rari denied.

No. 98–5716.  NOWACZYK v. SUPREME COURT OF NEW HAMP-
SHIRE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 98–5718.  BATTLES v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 98–5719.  ANDERS v. TEXAS.  Ct. App. Tex., 12th Dist.
Certiorari denied.

No. 98–5720.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 98–5726.  LAHERA v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 98–5728.  MARIN v. UNITED STATES.  C. A. 7th Cir.  Cer-
tiorari denied.

No. 98–5730.  WEST v. UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 98–5734.  WEADON v. UNITED STATES.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 98–5739.  PLUTA v. UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 98–5740.  ALLEN v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 98–5745.  LANTER v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 98–5750.  HUNTER v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 98–5751.  FREDERICKS v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 98–5753.  DANIEL v. UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.